```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 07208
   ALVIN JOHNSON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-0112


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 04/20/2007 and was not confirmed.

     The case was dismissed without confirmation 08/29/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
----------------------------------------------------------------------
CITY OF CHICAGO DEPT OF    SECURED             280.76         .00          127.90
COOK COUNTY TREASURER      SECURED                .00         .00             .00
WASHINGTON MUTUAL          CURRENT MORTG          .00         .00             .00
WASHINGTON MUTUAL          MORTGAGE ARRE          .00         .00             .00
ALL STATE INSURANCE        UNSECURED       NOT FILED          .00             .00
MIDLAND CREDIT MANAGEMEN   UNSECURED       NOT FILED          .00             .00
PARK DANSEN                UNSECURED       NOT FILED          .00             .00
PARK DANSAN COLLECTIONS    UNSECURED       NOT FILED          .00             .00
PROFESSIONAL ACCOUNT MGM   UNSECURED       NOT FILED          .00             .00
TELLER LEVIT & SILVERTRU   UNSECURED       NOT FILED          .00             .00
ASSET ACCEPTANCE LLC       UNSECURED          503.94          .00             .00
ISAC                       UNSECURED         2079.41          .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          319.01          .00             .00
ERNESTO D BORGES JR        DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                           8.84
DEBTOR REFUND              REFUND                                          128.26

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                 RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE             265.00

PRIORITY                                         .00
SECURED                                       127.90
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                            8.84
DEBTOR REFUND                                 128.26
                 --------------          --------------
TOTALS              265.00                    265.00



              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 07208 ALVIN JOHNSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/14/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 07208 ALVIN JOHNSON